# UNITED STATES DISTRICT COURT
## District of Maine

ROBIN L. BALKO     )
            )
            )
v.            )
            ) **Civil No. 07-04-P-S
JOHN E. POTTER, Postmaster General, )
United States Postal Service,   )
            )
   Defendants    )
            )

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on February 25, 2008, his Recommended Decision (Docket No. 29).  The Plaintiff filed her Objection to the Recommended Decision (Docket No. 30) on March 13, 2008.  The Defendant filed its objection to the Recommended Decision (Docket No. 31) on March 13, 2008.  The Plaintiff filed a response to Defendant's Objection to the Recommended Decision (Docket No. 32) on April 1, 2008.  The Defendant filed a response to Plaintiff's Objection to the Recommended Decision (Docket No. 33) on April 1, 2008.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1.      It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2.      It is hereby **ORDERED** that Defendant's Motion for Summary Judgment (Docket No. 16) is **GRANTED** as to Count I (discrimination) and **DENIED** as to Count II (retaliation).

/s/George Z. Singal_____
Chief U.S. District Judge

Dated:  April 16, 2008